1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00671 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | ) | |
| CHRISTOPHER ANTHONY DAVIS, | ) | |
| Defendants. | ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, August 17, 2009 may be continued to Monday, September 14, 2009 at 1:30 p.m.  The reason for the requested continuance is to permit the defense to continue its investigation relevant to pretrial motions to dismiss and potential settlement negotiations.

The parties further stipulate and agree that 28 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00671 JW                                                  1

1  Dated: August 12, 2009

2                                          s/_____
                                              CYNTHIA C. LIE
3                                             Assistant Federal Public Defender

4  Dated: August 12, 2009

5                                          s/_____
                                              STEVEN SEITZ
6                                             Assistant United States Attorney

7
                                  **[PROPOSED] ORDER**
8
9       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

10 hearing of Monday, August 17, 2009 shall be continued to Monday, September 14, 2009 at 1:30

11 p.m.

12      The Court further finds, based on the aforementioned reasons, that the ends of justice

13 served by granting the requested continuance outweigh the interest of the public and the

14 defendant in a speedy trial, in that the failure to grant the requested continuance would deny

15 counsel reasonable time necessary for effective preparation, taking into account the exercise of

16 due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that 28

17 days should be excluded from the time within which trial shall commence under 18 U.S.C. §§

18 3161(h)(7)(A) and (B)(iv).

19      It is so ordered.

20 Dated: August  13 , 2009

21                                          _____
                                              JAMES WARE
22                                            United States District Judge

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00671 JW                    2