1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  STEVEN E. SEITZ (NYSBN 4408415)
   Special Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5080
7      Facsimile: (408) 535-5066
       steven.seitz@usdoj.gov
8
   Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          )   No. CR 09-00671 JW
                                       )
15              Plaintiff,             )
                                       )   STIPULATION AND [PROPOSED]
16      vs.                            )   ORDER CONTINUING HEARING
                                       )
17  CHRISTOPHER ANTHONY DAVIS,         )
                                       )
18              Defendant.             )
    _____)
19

20                              **STIPULATION**

21      The parties, by and through their respective counsel, hereby stipulate and agree that the

22  status hearing currently set for Monday, October 19, 2009, shall be continued to Monday,

23  October 26, 2009, at 1:30 p.m., before the Honorable James Ware, United States District Judge.

24  The reason for the requested continuance is the unavailability of government counsel.

25      The parties further stipulate and agree that the time until October 26, 2009, shall be

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00671 JW                    1

1  excluded from the time within which trial shall commence, as reasonable time necessary for
2  effective preparation of counsel, taking into account the exercise of due diligence, pursuant to
3  Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October 15, 2009

s/_____
CYNTHIA C. LIE
Counsel for Mr. Christopher Anthony Davis

Dated: October 15, 2009

s/_____
STEVEN E. SEITZ
Special Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of October 19, 2009 shall be continued to October 26, 2009 at 1:30 p.m.

It is further ordered that the time until October 26, 2009 shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October __15__, 2009

_____
JAMES WARE
United States District Judge