1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00671 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) | |
| CHRISTOPHER ANTHONY DAVIS, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby stipulate that the sentencing hearing currently scheduled for Monday, February 7, 2010 may be continued to Monday, March 15, 2010, at 1:30 p.m.  The reason for the requested continuance is to permit the completion of the presentence investigation and further defense investigation.

United States Probation Officer J. D. Woods has been consulted as to this stipulation and concurs in the request.

Dated: February 5, 2010

                                s/_____
                                STEVEN SEITZ
                                Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Sentencing Hearing                                    1

Dated: February 3, 2010

                                  s/_____
                                  CYNTHIA C. LIE
                                  Assistant Federal Public Defender

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Monday, February 8, 2010, shall be continued to Monday, March 15, 2010, at 1:30 p.m.

Dated: February  5 , 2010

                                  */s/ James Ware*
                                  HON. JAMES WARE
                                  United States District Judge